UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
New York Division

---

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
  a Delaware Limited Liability Company,
DD IP HOLDER LLC,
  a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISED SHOPS LLC,
  a Delaware Limited Liability Company,
BR IP HOLDER LLC,
  a Delaware Limited Liability Company

            Plaintiffs,

v.                          C.A. No. 07-CV-11274 (AKH)

TREMONT DONUT LLC,
  a New York Limited Liability Company,

            Defendant.

---

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Federal Rule 7.1, Plaintiff Dunkin' Donuts Franchised Restaurants LLC, DD IP Holder LLC, Baskin-Robbins Franchised Shops LLC, and BR IP Holder LLC make the following statement identifying all their parent corporations, and listing any publicly held company that owns 10% or more of Plaintiffs' stock:

Dunkin' Donuts Franchised Restaurants, a Delaware limited liability company, operates a franchise system under the trade name "Dunkin' Donuts."  It is a wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned, indirect subsidiary of Dunkin' Brands Holdings, Inc.  DD IP Holder LLC, a Delaware limited liability company, is a wholly owned subsidiary of Dunkin' Donuts Brands, Inc., and owns all of Dunkin' Donuts Franchised

Restaurants' U.S. trademarks.  Dunkin' Brands, Inc. does not do business under any other name; however, its subsidiary, Mister Donut of America, Inc., formerly franchised coffee and doughnut shops under the name "Mister Donut."

Baskin-Robbins Franchised Shops, a Delaware limited liability company, operates a franchise system under the trade name "Baskin-Robbins."  It is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc.  BR IP Holder LLC, a Delaware limited liability company, is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc., and owns all of Baskin-Robbins Franchised Shop's U.S. trademarks

Plaintiffs are unaware of any publicly held company that owns 10% or more of Plaintiffs' stock.  Plaintiffs are also unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

                                         Respectfully submitted,

                                          /s/ Ronald D. Degen_____
                                         Ronald Degen (RD 7808)
                                         Scott Goldfinger (SC 9219)
                                         O'ROURKE & DEGEN, PLLC
                                         225 Broadway, Suite 715
                                         New York, NY 10007
                                         Telephone: (212) 227-4530
                                         Facsimile: (212) 385-9813

Robert L. Zisk (RZ 1275)
David E. Worthen (DW 8519)
Iris Figueroa Rosario (IR 7902)
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, DC 20037
Telephone:    (202) 295-2200
Facsimile:    (202) 295-2250

*Attorneys for Plaintiffs*
Dunkin' Donuts Franchised Restaurants LLC
DD IP Holder, LLC, Baskin-Robbins Franchised
Shops LLC and BR IP Holder, LLC

Dated: December 14, 2007

3