<u>United States District Court Southern District of New York</u>

DUNKIN' DONUTS FRANCHISED RESTAURANTS
LLC, BASKIN-ROBBINS FRANCHISED SHOPS
LLC, DD IP HOLDER LLC and BR ID HOLDER, LLC
                          Plaintiffs,

                                                    Case No. 07 CV 11274

Vs.

TREMONT DONUT LLC
                        Defendant,

---

State of New York
County of Saratoga:

The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on December 18th 2007  1:40 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; summons, complaint, Individual practices of Judge Alvin K. Hellerstein, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing

On:  Tremont Donut, LLC

Defendant in this action, by delivering to and leaving with *Donna Christie, DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY  12207, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *303 LLC*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white   Hair Color: brown  Age (Approx.) 35

Height (Approx.)  5' 4"     Weight (Approx.) 135   Other identifying features:

Sworn to before me this
19th day of December 2007

*[signature]*
Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

*[signature: Sara Grice]*
Sara Grice