**O'ROURKE & DEGEN, PLLC**
ATTORNEYS AT LAW
225 BROADWAY, SUITE 715
NEW YORK, NY 10007
212-227-4530

Fax 212-385-9813

RONALD D. DEGEN
rdegen@odlegal.com

SCOTT G. GOLDFINGER*
sgoldfinger@odlegal.com

KRISTIN M. LASHER
klasher@odlegal.com

* ALSO ADMITTED IN
NEW JERSEY

THOMAS H. O'ROURKE
1976 - 2005


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

December 31, 2007

BY TELEFAX

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *Dunkin' Donuts Franchised Restaurants LLC, et al. v. Tremont Donut LLC*
Case No. 07-CV-11274 (AKH)

Dear Judge Hellerstein:

My office represents Plaintiffs Dunkin' Donuts Franchised Restaurants LLC, Dunkin' Donuts Franchising LLC, DD IP Holder LLC, Baskin-Robbins Franchised Shops LLC and BR IP Holder LLC in the above action. Plaintiffs' motion for a preliminary injunction requiring Defendant to clean up its Dunkin' Donuts and Baskin-Robbins combo shop is scheduled to appear on Your Honor's calendar on **Thursday, January 3, 2008, at 3:15 P.M.**

Defendant's combo was reinspected and it was ascertained that the violations had been removed. <u>Therefore, I respectfully ask that the Court mark the motion withdrawn.</u>

The only outstanding issue is attorney's fees, to which Plaintiffs are entitled under their Franchise Agreement with Defendant. If the issue cannot be resolved, Plaintiffs shall apply to the Court for relief.

Very truly yours,

/Ronald D. Degen/
RONALD D. DEGEN

RDD:rg
cc: Mr. Paul Panzarella

So ordered
1-2-08
/s/ AKH